**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REX HOMAN, II,<br><br>    Petitioner,<br><br>    v.<br><br>AMY YOUNG,<br><br>    Respondent. | No. CV 19-2931-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: May 29, 2019

_____
JAMES V. SELNA
United States District Judge